AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Jimmy Suo, on behalf of himself and all others similarly situated,
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30042-MAP

Wave Systems Corp., Steven Sprague and Gerard T. Feeney,
        Defendants.

TO: (Name and address of defendant)

Wave Systems Corp.
Gerard T. Feeney
480 Pleasant Street
Lee, MA 01238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leslie R. Stern, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_Mary Finn_ (signature)
(BY) DEPUTY CLERK

_February 23, 2004_
DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>March 9, 2004 |
| NAME OF SERVER<br>JOSEPH OLINTO | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to   **Ms. Linda Sambel, Assistant to President and**
Duly Authorized Agent for the within-named   **Defendant, Gerard T. Feeney.**
Said service was made at:
**480 Pleasant Street, Lee**, MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 0.00 | $ 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____March 9, 2004_____        _____Joseph Olinto_____
                Date                                                            Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |

**DUE & DILIGENT SEARCH**:   $ _____.00        No service was made        TOTAL   $ _____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            One Devonshire Place            Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA  02109                Fax #        (617) 720-5737