AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ **Massachusetts**

Jimmy Suo, on behalf of himself and all others
similarly situated,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER: _09- 30042 MAP_

Wave Systems Corp., Steven Sprague and
Gerard T. Feeney,

    Defendants.

TO: (Name and address of defendant)

Wave Systems Corp.
 Steven Sprague

480 Pleasant Sreet
Lee, MA 01238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leslie R. Stern, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

TONY ANASTAS                                        _February 23, 2004_

_____                  _____
CLERK                                               DATE

_Mary Finn_

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | **March 9, 2004** |

| NAME OF SERVER | TITLE |
|---|---|
| **JOSEPH OLINTO** | **Process Server / A Disinterested Person** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person whom the summons and complaint were left:

_____

Said service was made at:_____ , MASSACHUSETTS

☒ Other:    By handing true and attested copies thereof to ____**Ms. Linda Sambel, Assistant to President and**____

Duly Authorized Agent for the within-named_____**Defendant, Steven Sprague.**_____

Said service was made at:

_____**480 Pleasant Street, Lee**_____ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL | |
|---|---|---|---|---|
| | $_____ **0** .00 | | $_____ **0** .00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____**March 9, 2004**_____
Date

_____
Signature of Server

One  Devonshire  Place,  Boston,  Massachusetts
Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| | | | | $_____.00 |
| | | | | $_____.00 |
| | | | | $_____.00 |
| | | | | $_____.00 |
| | | | | $_____.00 |
| | | | | $_____.00 |

**DUE & DILIGENT SEARCH**:     $ _____.00          No service was made        TOTAL     $_____.00
because when constable arrived at said address he  discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

**One Devonshire Place**
**Boston, MA  02109**

**Telephone # (617) 720-5733**
**Fax #        (617) 720-5737**