UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIMMY SUO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORP., STEVEN SPRAGUE and GERARD T. FEENEY,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-30042-MAP |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Robert A. Buhlman and Eunice E. Lee of the law firm of Bingham McCutchen, LLP, 150 Federal Street, Boston, Massachusetts 02110, (617) 951-8000, as counsel for Defendants Wave Systems Corporation, Steven Sprague and Gerard T. Feeney.

Respectfully Submitted,

*/s/ Eunice E. Lee*

Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: March 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail on March 12, 2004.

*/s/ Eunice E. Lee*

Eunice E. Lee

LITDOCS/541583.1