# EXHIBIT A

# PAID MAGAZINE
## PUBLISHER'S STATEMENT
Subject to Audit


Audit Bureau of Circulations

# Barron's

For the six months ended December 31, 2003

Field Served: National Business and Financial News.

Published by Dow Jones & Co., Inc.
Frequency: 52 times/year

ABC Member # 04-0110-0

## 1 AVERAGE PAID CIRCULATION

| | | % of Total |
|---|---:|---:|
| Total Average Paid Circulation: | 295,706 | |
| Subscriptions (Individual): | | |
|    Print | 230,353 | 77.9 |
|    Electronic | 725 | 0.3 |
| Total Subscriptions: | 231,078 | |
| Single Copy Sales: | | |
|    Print | 64,607 | 21.8 |
|    Electronic | 21 | 0.0 |
| Total Single Copy Sales: | 64,628 | |
| Total Paid | 295,706 | 100.0 |
| Paid Advertising Rate Base/Circulation Guarantee: | None Claimed | |
| % Above/Below Rate Base (+/–) | | |

## 2 PRICES

Prices effective during the six month period ending December 31, 2003

| | |
|---|---:|
| Publisher's Suggested 1 year price | $145.00 |
| Single Copy cover price | $3.50 |

## 2A AVERAGE PRICE

Represents the price of individual subscriptions sold during the 12 month period ending June 30, 2003

| Average subscription price: | Net | Gross |
|---|---|---|
| Per Copy | $2.20 | (optional) |
| Annualized (53 issue frequency) | $116.68 | (optional) |

Publisher's Suggested 1 year price in effect for average price period, $145.00.

## 2B SUPPLEMENTAL ANALYSIS OF PRICES

Gross individual subscriptions sold in the six month period ended December 31, 2003 at below 35% of average net price.

    None Claimed

## 3 ANALYSIS OF TOTAL NEW AND RENEWAL SUBSCRIPTIONS

Total gross individual subscriptions (new and renewal) sold in the six month period ended December 31, 2003

| A. DURATION | | % |
|---|---:|---:|
| (a) One to six months (1 to 26 issues) | 157,689 | 78.3 |
| (b) Seven to eleven months (27 to 51 issues) | 2,279 | 1.1 |
| (c) Twelve months (52 issues) | 20,727 | 10.3 |
| (d) Thirteen to twenty-four months | 14,682 | 7.3 |
| (e) Twenty-five months and more | 5,945 | 3.0 |
| Total Subscriptions Sold in Period | 201,322 | 100.0 |

| B. USE OF PREMIUMS | | |
|---|---:|---:|
| (a) Ordered without premium | 195,905 | 97.3 |
| (b) Ordered with material reprinted from this publication | None | |
| (c) Ordered with other premiums, See Par. 9(c) | 5,417 | 2.7 |
| Total Subscriptions Sold in Period | 201,322 | 100.0 |

| C. CHANNELS | | % |
|---|---:|---:|
| (a) Ordered by mail and/or direct request (may include direct mail, renewal mail, insert cards, television, direct mail agents, Internet and e-mail, etc.) | 167,278 | 83.1 |
| (b) Ordered through salespeople: | | |
|   1. Catalog agencies and individual agents - includes institutional and library subscriptions | 545 | 0.3 |
|   2. Publisher's own and independent salespeople - includes sales through both direct personal contact and telemarketing efforts for consumer and trade subscriptions | 31,155 | 15.5 |
|   3. Members of schools, churches, fraternal and similar organizations - includes fund raising programs directed to individuals | None | |
| (c) Association members | None | |
| (d) All other channels, See Par. 9(d) | 2,344 | 1.1 |
| Total Subscriptions Sold in Period | 201,322 | 100.0 |

## ANALYSIS OF AVERAGE CIRCULATION

### 4A PAID BY ISSUES

| Issue | | Subscriptions | Single Copy Sales | Total Paid | Issue | | Subscriptions | Single Copy Sales | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| July | 7 | 238,850 | 66,438 | 305,288 | Oct. | 6 | 217,973 | 63,074 | 281,047 |
| | 14 | 241,833 | 66,996 | 308,829 | | 13 | 217,370 | 63,212 | 280,582 |
| | 21 | 248,896 | 67,155 | 316,051 | | 20 | 219,126 | 63,782 | 282,908 |
| | 28 | 248,222 | 66,451 | 314,673 | | 27 | 220,549 | 63,497 | 284,046 |
| Aug. | 4 | 243,535 | 66,949 | 310,484 | Nov. | 3 | 226,886 | 63,564 | 290,450 |
| | 11 | 242,153 | 67,800 | 309,953 | | 10 | 225,693 | 64,060 | 289,753 |
| | 18 | 258,636 | 66,794 | 325,430 | | 17 | 233,882 | 63,101 | 296,983 |
| | 25 | 267,461 | 66,070 | 333,531 | | 24 | 225,207 | 63,523 | 288,730 |
| Sept. | 1 | 271,012 | 66,654 | 337,666 | Dec. | 1 | 216,960 | 62,415 | 279,375 |
| | 8 | 259,248 | 64,815 | 324,063 | | 8 | 215,660 | 62,599 | 278,259 |
| | 15 | 229,606 | 64,554 | 294,160 | | 15 | 201,607 | 62,621 | 264,228 |
| | 22 | 227,455 | 64,506 | 291,961 | | 22 | 193,654 | 62,522 | 256,176 |
| | 29 | 224,615 | 63,517 | 288,132 | | 29 | 191,936 | 63,667 | 255,603 |

### 4B SUPPLEMENTAL ANALYSIS OF AVERAGE PAID CIRCULATION

The following averages, as reported below, are included in Par. 1 and annotated here per applicable rules. See Par. 9 for full explanation.

Subscriptions:
  Sponsored Sales (1), See Par. 9(e)                43,030
(1) This average exceeds 10% of average subscription circulation as reported in Par. 1.

### 5 AVERAGE CIRCULATION of Regional, Metro and Demographic Editions

| Edition | Number of Issues | Paid |
|---|---|---|
| Eastern | 1 | 155,039 |
| Midwest | 2 | 59,708 |
| Western | 11 | 60,447 |
| Southwest | 2 | 26,563 |

### 6 POST EXPIRATION COPIES

(a) Average number of copies served on subscriptions not more than three months after expiration.        3,866    1.7%

### GEOGRAPHIC DATA for the November 17, 2003 Issue

### 7A

Paid circulation of this issue was 0.4% greater than the total average paid circulation.

**Analysis by ABCD County**

June 16, 2003 issue used in establishing percentages for subscription and single copy circulation.

| County Size | % of Households | Paid Circulation | % of Total Circulation | Index (% of Circulation/ % of Households) |
|---|---|---|---|---|
| A | 40 | 181,810 | 62.7 | 157 |
| B | 30 | 71,912 | 24.8 | 83 |
| C | 15 | 22,907 | 7.9 | 53 |
| D | 15 | 13,339 | 4.6 | 31 |

County Size Group Definitions by the A.C. Nielsen Company- Data for the coterminous 48 states.

## 7B GEOGRAPHIC DATA for the November 17, 2003 Issue

### Analysis by State/Province

| STATE | PAID CIRCULATION | | | % OF CIRC. |
|---|---|---|---|---|
| | SUBSCRIPTIONS | SINGLE COPY SALES | TOTAL PAID | |
| Maine | 673 | 360 | 1,033 | |
| New Hampshire | 975 | 491 | 1,466 | |
| Vermont | 336 | 216 | 552 | |
| Massachusetts | 11,168 | 3,453 | 14,621 | |
| Rhode Island | 1,067 | 307 | 1,374 | |
| Connecticut | 6,899 | 2,514 | 9,413 | |
| **NEW ENGLAND** | **21,118** | **7,341** | **28,459** | **9.8** |
| New York | 28,903 | 9,864 | 38,767 | |
| New Jersey | 12,786 | 6,679 | 19,465 | |
| Pennsylvania | 8,612 | 4,017 | 12,629 | |
| **MIDDLE ATLANTIC** | **50,301** | **20,560** | **70,861** | **24.4** |
| Ohio | 6,985 | 1,542 | 8,527 | |
| Indiana | 2,757 | 674 | 3,431 | |
| Illinois | 15,891 | 3,470 | 19,361 | |
| Michigan | 6,699 | 1,174 | 7,873 | |
| Wisconsin | 4,260 | 758 | 5,018 | |
| **EAST N. CENTRAL** | **36,592** | **7,618** | **44,210** | **15.2** |
| Minnesota | 3,464 | 861 | 4,325 | |
| Iowa | 1,296 | 131 | 1,427 | |
| Missouri | 2,826 | 387 | 3,213 | |
| North Dakota | 236 | 4 | 240 | |
| South Dakota | 301 | 11 | 312 | |
| Nebraska | 951 | 129 | 1,080 | |
| Kansas | 1,318 | 169 | 1,487 | |
| **WEST N. CENTRAL** | **10,392** | **1,692** | **12,084** | **4.1** |
| Delaware | 644 | 250 | 894 | |
| Maryland | 4,507 | 2,733 | 7,240 | |
| District of Columbia | 1,457 | | 1,457 | |
| Virginia | 5,624 | 502 | 6,126 | |
| West Virginia | 408 | 32 | 440 | |
| North Carolina | 3,730 | 602 | 4,332 | |
| South Carolina | 1,506 | 137 | 1,643 | |
| Georgia | 5,658 | 787 | 6,445 | |
| Florida | 15,759 | 3,201 | 18,960 | |
| **SOUTH ATLANTIC** | **39,293** | **8,244** | **47,537** | **16.4** |

Index = Geographic Distribution of % Circulation ÷ % Population

| STATE | PAID CIRCULATION | | | % OF CIRC. |
|---|---|---|---|---|
| | SUBSCRIPTIONS | SINGLE COPY SALES | TOTAL PAID | |
| Kentucky | 1,371 | 243 | 1,614 | |
| Tennessee | 2,260 | 386 | 2,646 | |
| Alabama | 1,400 | 226 | 1,626 | |
| Mississippi | 549 | 23 | 572 | |
| **EAST S. CENTRAL** | **5,580** | **878** | **6,458** | **2.2** |
| Arkansas | 668 | 106 | 774 | |
| Louisiana | 1,302 | 259 | 1,561 | |
| Oklahoma | 989 | 193 | 1,182 | |
| Texas | 11,108 | 1,886 | 12,994 | |
| **WEST S. CENTRAL** | **14,067** | **2,444** | **16,511** | **5.7** |
| Montana | 433 | 47 | 480 | |
| Idaho | 464 | 111 | 575 | |
| Wyoming | 247 | 23 | 270 | |
| Colorado | 2,897 | 947 | 3,844 | |
| New Mexico | 718 | 159 | 877 | |
| Arizona | 3,433 | 1,362 | 4,795 | |
| Utah | 684 | 269 | 953 | |
| Nevada | 1,624 | 639 | 2,263 | |
| **MOUNTAIN** | **10,500** | **3,557** | **14,057** | **4.8** |
| Alaska | 101 | 106 | 207 | |
| Washington | 4,253 | 831 | 5,084 | |
| Oregon | 1,926 | 358 | 2,284 | |
| California | 37,458 | 4,965 | 42,423 | |
| Hawaii | 172 | 288 | 460 | |
| **PACIFIC** | **43,910** | **6,548** | **50,458** | **17.4** |
| U.S. Unclassified | | | | |
| **UNITED STATES** | **231,753** | **58,882** | **290,635** | **100.0** |
| U.S. Circ. Percent of Grand Total | | | | 97.9 |
| Poss. & Other Areas | 39 | 101 | 140 | 0.0 |
| **U.S. & POSS., etc.** | **231,792** | **58,983** | **290,775** | **97.9** |
| Canada | 673 | 2,200 | 2,873 | 1.0 |
| International | 1,327 | 1,918 | 3,245 | 1.1 |
| Other Unclassified | 3 | | 3 | 0.0 |
| Military or Civilian Personnel Overseas | 87 | | 87 | 0.0 |
| **GRAND TOTAL** | **233,882** | **63,101** | **296,983** | **100.0** |



Legend:
- Regions with index <= 90
- Regions with index between 90 and 110
- Regions with index >= 110

Pacific (AK & HI) Index: 109 — % Circ: 17.4, % Pop: 16.0
Mountain Index: 74 — % Circ: 4.8, % Pop: 6.5
West N. Central Index: 60 — % Circ: 4.1, % Pop: 6.8
West S. Central Index: 51 — % Circ: 5.7, % Pop: 11.2
East N. Central Index: 95 — % Circ: 15.2, % Pop: 16.0
East S. Central Index: 37 — % Circ: 2.2, % Pop: 6.0
New England Index: 196 — % Circ: 9.8, % Pop: 5.0
Middle Atlantic Index: 173 — % Circ: 24.4, % Pop: 14.1
South Atlantic Index: 89 — % Circ: 16.4, % Pop: 18.4

Copyright © 2004 Audit Bureau of Circulations. All rights reserved.

Case 3:04-cv-30042-MAP    Document 8-2    Filed 04/16/2004    Page 5 of 6

## ANALYSIS OF ANALYZED NON-PAID

**8** This publication does not report analyzed non-paid circulation

## EXPLANATORY

**9** (a) Publisher Suggested Prices: Subscriptions: U.S., 3 mos. $39.00; 6 mos. $74.00; 2 yrs. $245.00. Canada, 3 mos. $53.00; 6 mos. $102.00; 1 yr. $202.00. International, 6 mos. $124.00; 1 yr. $244.00.

(b) Average non-analyzed non-paid circulation for the 6 month period: 19,630 copies per issue.

(c) A "Guide to Building Wealth," with a value of $14.95, was offered with 13, 26, or 52 week subscriptions at publisher's suggested prices.

(d) All other channels represent student subscriptions obtained through college professors and corporate/continuing education instructors acting as group organizers.

### SUPPLEMENTAL ANALYSIS OF AVERAGE PAID CIRCULATION

(e) Sponsored Sales, Subscriptions: the average of 43,030 copies per issue shown in Par. 4B, and included in Par. 1, represents copies purchased by various business concerns. The copies were mailed to individuals addressed by the publisher or mailed in bulk to the purchaser for redistribution. The volume of subscriptions purchased by any single business ranged from 60 to 1,555. The amounts paid for these purchases ranged from 6 issues at $9.00, to 13 issues at $19.50.

## FIVE YEAR ANNUAL TRENDS

**10** Total average paid circulation as reported in June and December Publisher's Statements



| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| % Single Copies | 40.3 | 38.5 | 32.5 | 27.4 | 23.4 |
| % Subscriptions | 59.7 | 61.5 | 67.5 | 72.6 | 76.6 |
| % Post Exp. Copies | 1.8 | 1.8 | 1.8 | 1.8 | 1.9 |
| Avg. Annualized Subs. Price (Net) | N/A | N/A | 124.93 | 116.13 | 116.68 |

Circulation (000): 299.6, 305.3, 291.2, 295.1, 293.1

Legend: Post Exp. Copies, Paid Subs., Single Copies

## VARIANCE

**11** Latest released Audit Report for 12 months ended June 30, 2003; Variation from Publisher's Statements

| Audit Period Ended | Rate Base (Paid) | Audit Report (Paid) | Publisher's Statements (Paid) | Difference (Paid) | Percentage of Difference (Paid) |
|---|---|---|---|---|---|
| 06-30-03 | None Claimed | 290,771 | 290,758 | 13 | 0.0 |
| 06-30-02 | None Claimed | 288,585 | 289,467 | -882 | -0.3 |
| 06-30-01 | None Claimed | 300,957 | 301,440 | -483 | -0.2 |
| 06-30-00 | None Claimed | 300,272 | 301,769 | -1,497 | -0.5 |
| 06-30-99 | None Claimed | 296,985 | 299,045 | -2,060 | -0.7 |

We certify that to the best of our knowledge all data set forth in this Publisher's Statement are true and report circulation in accordance with Audit Bureau of Circulations' Bylaws and Rules.

Parent Company: Dow Jones & Co., Inc.

BARRON'S, published by Dow Jones & Co., Inc. • 200 Liberty Street • New York, NY 10281

MICHAEL E. AHERN      MICHAEL SHEEHAN      Date Signed: January 29, 2004
Vice President, Operations      Senior Vice President, Circulation
P: 413.598.4255      Established: 1921      ABC Member since: 1942

Copyright © 2004 Audit Bureau of Circulations. All rights reserved.

| | | |
|---|---|---|
| 04-0110-0 | Analyzed Issue Date | 11/17/03 |
| | Analyzed Issue Text (for double month issue date) | |
| | Single Copy Price | 3.50 |
| | Association Subscription Price | |
| | U.S. Subscription Price | 145.00 |
| | Canadian Subscription Price | 202.00 |
| | International Subscription Price | 244.00 |